PATRICK J. WALSH, Respondent, v. FELIX EPSTEIN, Appellant, and Others, Defendants.— Order directing examination before trial of the appellant affirmed, with ten dollars costs and disbursements; the examination to proceed on five days' notice. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.

RAY WENIG and RUDOLF WENIG, Respondents, v. GLENS FALLS INDEMNITY COMPANY, Appellant.— Order, in so far as appealed from, limiting the notice of examination before trial to matters therein relating to the named assured, one Emily V. Baker, and denying the examination before trial as to Thomas F. Baker, affirmed, with ten dollars costs and disbursements; the examination to proceed on five days' notice. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.

SARAH A. WHEELER, Appellant, v. WOODSIDE RESIDENCES, INC., NATHAN WILSON, PETER GRIMM, WILLIAM J. DEMAREST, PHILIP J. DUNN, WILLIAM A. WHITE & SONS, INC., JAMES RIGNEY, WILLIAM E. ANDERSON, RALPH W. GUIDA, FILYORK HOLDING CORP. and 61ST STREET HOLDING CORPORATION, Respondents.— Action to enjoin the defendants from transferring the record title of real property and for other relief. Order and judgment dismissing the amended complaint as to defendant Woodside Residences, Inc., unanimously affirmed, with ten dollars costs and disbursements. No opinion. Order denying plaintiff's motion for leave to serve a proposed amended complaint and to vacate the order and judgment dismissing the amended complaint, in so far as appealed from, unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

## (November 27, 1940.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SALVATORE TRIOLO, Appellant, v. THE WARDEN AND AGENT OF CITY PRISON, Respondent.— Order dismissing writ of habeas corpus reversed on the facts, writ sustained, bail fixed at the sum of $1,000, and relator remanded to the custody of the Warden and Agent of the City Prison, Brooklyn. Under the circumstances here disclosed, the amount of bail heretofore fixed was excessive. Carswell, Taylor and Close, JJ., concur; Lazansky, P. J., and Hagarty, J., dissent and vote to affirm on the ground that the fixation of bail at $5,000 was a reasonable exercise of discretion.